```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 21432
     JEAN HARRISON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

              Debtor
     SSN XXX-XX-5599


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/03/2004 and was confirmed 07/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY          9510.18           .00        1271.51
INTERNAL REVENUE SERVICE   UNSECURED         2323.89           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY          1564.14           .00         209.12
AMERITECH CELLULAR         UNSECURED        NOT FILED          .00            .00
AT&T CABLE SERVICE         UNSECURED        NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY      NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00            .00
CARSON PIRIE SCOTT         UNSECURED          639.79           .00            .00
CELLULAR ONE TELEPHONE     UNSECURED        NOT FILED          .00            .00
CHICAGO TRIBUNE            UNSECURED        NOT FILED          .00            .00
BIEHL & BIEHL              NOTICE ONLY      NOT FILED          .00            .00
CITICORP                   UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         2160.00           .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00            .00
DISCOVER                   UNSECURED        NOT FILED          .00            .00
ENCORE RECEIVABLES         UNSECURED        NOT FILED          .00            .00
EBSCO TELEMARKETING SERV   UNSECURED        NOT FILED          .00            .00
GE CAPITAL                 UNSECURED        NOT FILED          .00            .00
CENTURY LIQUIDATION INC    UNSECURED          681.00           .00            .00
JC PENNY                   UNSECURED         6465.85           .00            .00
LASALLE NATIONAL BANK      UNSECURED        NOT FILED          .00            .00
MONTGOMERY WARD            UNSECURED        NOT FILED          .00            .00
ST MARGRET MERCY HEALTHC   UNSECURED         5531.39           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         2397.25           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         2519.98           .00            .00
PRODIGY COMMUNICATIONS     UNSECURED        NOT FILED          .00            .00
ST MARGARET MERCY HOSPIT   UNSECURED          483.00           .00            .00
SANDHYA DONEPUDI MD FACC   UNSECURED        NOT FILED          .00            .00
SPRINT PCS                 UNSECURED        NOT FILED          .00            .00
TELECOM USA                UNSECURED        NOT FILED          .00            .00
ENCORE RECEIVABLES         NOTICE ONLY      NOT FILED          .00            .00
WORLDCOM WIRELESS          UNSECURED        NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 21432 JEAN HARRISON
```

```
WASHINGTON MUTUAL         CURRENT MORTG       .00           .00            .00
WASHINGTON MUTUAL         MORTGAGE ARRE  12795.27           .00       12795.27
PORTFOLIO RECOVERY ASSOC  UNSECURED       6498.72           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED      14026.06           .00            .00
CINGULAR WIRELESS         UNSECURED       1429.51           .00            .00
WASHINGTON MUTUAL         COST OF COLLE    395.00           .00         372.57
AT & T BANKRUPCTY         UNSECURED       1443.66           .00            .00
CINGULAR WIRELESS         UNSECURED       2577.77           .00            .00
WASHINGTON MUTUAL         COST OF COLLE    500.00           .00         480.75
PEOPLES GAS LIGHT & COKE  UNSECURED          .00            .00            .00
WASHINGTON MUTUAL         COST OF COLLE    500.00         23.26-         93.04
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,805.20                     2,805.20
TOM VAUGHN                TRUSTEE                                      1,024.29
DEBTOR REFUND             REFUND                                         131.51
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     19,160.00

PRIORITY                                              1,480.63
SECURED                                              13,741.63
    INTEREST                                             23.26-
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,805.20
TRUSTEE COMPENSATION                                  1,024.29
DEBTOR REFUND                                           131.51
                            --------------        --------------
TOTALS                      19,160.00                19,160.00

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 04 B 21432 JEAN HARRISON